IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH HEIST**                                                                                     **PLAINTIFF**

v.                              Case No. 4:22-cv-00791-KGB

**KAZIM KAPUSHEV, RUSSO
BROTHERS TRANSPORTATION, INC.,
and PYRAMID MOVING, LLC,
d/b/a LONGHORN CARGO**                                              **DEFENDANTS**

## ORDER TO SHOW CAUSE

Before the Court is status of this case. Plaintiff Joseph Heist filed his complaint on September 2, 2022, against defendants Kazim Kapushev, Russo Brothers Transportation, Inc., and Pyramid Moving, LLC (Dkt. No. 1). At no time since the filing of his complaint has Mr. Heist filed proof of service of the complaint on defendants, nor has Mr. Heist moved for additional time to complete service with an explanation to support good cause for such an extension. The Court directs Mr. Heist to show good cause in a written filing with the Court on or before December 19, 2022, why he has not filed proof of service as to defendants or taken action to seek additional time to complete service. Absent proof of good cause, the Court will dismiss without prejudice Mr. Heist's complaint. *See* Fed.R.Civ.P. 4(m) (if service of summons and complaint is not made within 90 days of filing complaint, court, upon motion or its own initiative and after notice to plaintiff, shall dismiss action without prejudice as to that defendant, or direct that service be effected within specified time); *Edwards v. Edwards*, 754 F.2d 298, 299 (8th Cir. 1985) (*per curiam*) (if plaintiff fails to serve party and does not show good cause for failing to do so, court shall dismiss action).

It is so ordered this 7th day of December, 2022.

_____
Kristine G. Baker
United States District Judge