IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH HEIST                                                                                           PLAINTIFF

v.                                    Case No. 4:22-cv-00791-KGB

KAZIM KAPUSHEV, RUSSO
BROTHERS TRANSPORTATION, INC.,
and PYRAMID MOVING, LLC,
d/b/a LONGHORN CARGO                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Joseph Heist's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is denied.

It is so ordered this 20th day of December, 2022.

_____
Kristine G. Baker
United States District Judge